Scott E. Gizer, Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendants
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY and OLD REPUBLIC TITLE INSURANCE
GROUP, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; TITLEONE OF LAS VEGAS, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>              Defendants. | Case No.: 2:20-cv-01662-KJD-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

      Defendants Old Republic National Title Insurance Company ("ORNTIC") and Old Republic Title Insurance Group, Inc. (collectively, "Defendants") and plaintiff DLJ Mortgage Capital, Inc. ("DLJ") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1   **WHEREAS**, DLJ commenced the action by filing a Complaint on September 8, 2020, in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-20-820843-C);

**WHEREAS**, on September 10, 2020, ORNTIC filed a Petition of Removal with this Court, based upon diversity jurisdiction (ECF No. 1);

**WHEREAS**, on September 15, 2020, DLJ served Defendants with the complaint pursuant to the executed summons filed on September 30, 2020 (ECF Nos. 7-8);

**WHEREAS**, Defendants' responses to the complaint are due on October 6, 2020;

**WHEREAS**, Defendants are requesting an extension of time to respond to the complaint to afford Defendants' counsel additional time to review, analyze and respond to DLJ's complaint;

**WHEREAS,** DLJ has agreed to extend Defendants' time to respond to the complaint to November 6, 2020; and

**WHEREAS**, this is the first stipulation for an extension of Defendants' time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants shall respond to the complaint on or before November 6, 2020.

2. Defendants intend to preserve their rights and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



578217.1

2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

DATED this 6th day of October, 2020

WRIGHT FINLAY & ZAK, LLP

By: */s/-Darren T. Brenner*
    Darren T. Brenner
    State Bar No. 8386
    Lindsay D. Robbins
    State Bar No. 13474
    7785 W. Sahara Ave, Suite 200
    Las Vegas, NV 89117

Attorneys for Plaintiff
DLJ MORTGAGE CAPITAL, INC.

DATED this 6th day of October, 2020

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

By: */s/-Sophia S. Lau*
    Scott E. Gizer
    State Bar No. 12216
    Sophia S. Lau
    State Bar No. 13365
    8716 Spanish Ridge Ave., Ste. 105
    Las Vegas, NV 89148

Attorneys for Defendants
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY and OLD
REPUBLIC TITLE INSURANCE GROUP,
INC.

**ORDER**

**IT IS SO ORDERED:**

Dated: 10-6-2020

By: _____
    UNITED STATES MAGISTRATE JUDGE



# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*

D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP

4
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

578217.1