# EXHIBIT 1

Nevada Secretary of State's Website printout for TitleOne of Las Vegas, Inc.

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

TITLEONE OF LAS VEGAS, INC.

**Entity Number:**

C1571-2005

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Dissolved

**Formation Date:**

01/24/2005

**NV Business ID:**

NV20051088624

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2012

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CLAYTON FREEMAN

**Status:**

Active

CRA Agent Entity Type:

Registered Agent Type:

Non-Commercial Registered Agent

NV Business ID:

Office or Position:

Jurisdiction:

Street Address:

2485 VILLAGE VIEW DR #190, HENDERSON, NV, 89074, USA

Mailing Address:

Individual with Authority to Act:

Fictitious Website or Domain Name:

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | MARK TIDD | 1101 W RIVER STREET, SUITE 201, BOISE, ID, 83702, USA | 12/22/2010 | Active |
| Secretary | CINDY VAN LITH | 1101 W. RIVER STREET, SUITE 201, BOISE, ID, 83702, USA | 12/22/2010 | Active |
| Treasurer | DOUG BRIGHAM | 1101 W RIVER ROAD STE 201, BOISE, ID, 83702, USA | 12/22/2010 | Active |
| Director | RAY SMELEK | 1101 W. RIVER STREET, SUITE 201, BOISE, ID, 83702, USA | 12/22/2010 | Active |
| Director | MARK TIDD | 1101 W. RIVER STREET, SUITE 201, BOISE, ID, 83702, USA | 12/22/2010 | Active |

< Previous ... 1 2 ... Next >  Page 1 of 2, records 1 to 5 of 6   Go to Page

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 30,000,000 | 0.010000000000 |

Page 1 of 1, records 1 to 1 of 1

**Number of No Par Value Shares:**

0

**Total Authorized Capital:**

**300,000**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results